People v Nunez (2021 NY Slip Op 50140(U))

[*1]

People v Nunez (Daniel)

2021 NY Slip Op 50140(U) [70 Misc 3d 142(A)]

Decided on February 19, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 19, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, Brigantti, JJ.

570290/18

The People of the State of New York,
Respondent,
against
Daniel Nunez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Josh E. Hanshaft, J.), rendered April 2, 2018, convicting him, upon his plea of
guilty, of assault in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Josh E. Hanshaft, J.), rendered April 2, 2018, affirmed. 
In view of defendant's knowing waiver of the right to prosecution by information, the facial
sufficiency of the accusatory instrument must be assessed under the standard required of a
misdemeanor complaint (see People v Dumay, 23 NY3d 518, 522 [2014]). So viewed,
the instrument was jurisdictionally valid because the factual allegations establish reasonable
cause to believe that defendant was guilty of third-degree assault (see Penal Law §
120.00[1]), and, in particular, satisfy the "physical injury" element of that offense. The
instrument recited that defendant punched and kicked the victim, while the victim was on the
ground, causing "redness and swelling" to the victim's head and "bleeding to [his] face and lip."
Accepting these allegations as true, a reasonable person "could certainly infer that the victim felt
substantial pain" (People v Henderson, 92 NY2d 677, 680 [1999]; see People v Mercado, 94 AD3d
502 [2012], lv denied 19 NY3d 999 [2012]; People v Lang, 81 AD3d 538 [2011], lv denied 16 NY3d
896 [2011]), a term which simply means "more than slight or trivial pain" (People v Chiddick, 8 NY3d 445,
447 [2007]; see Penal Law § 10.00[9]). 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 19, 2021